CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:06-cv-04887-KSH-PS
### Internal Use Only

GOLDEN v. N.V.E., INC. d/b/a NVE PHARMACEUTICALS et al
Assigned to: Judge Katharine S. Hayden
Referred to: Magistrate Judge Patty Shwartz
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 10/10/2006
Date Terminated: 08/29/2007
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**JOHN GOLDEN**    represented by **PATRICK J. MCDONNELL**
LAW OFFICES OF MCDONNELL & ASSOCIATES
601 S. HENDERSON ROAD
SUITE 152
KING OF PRUSSIA, PA 19406
610-337-2087
Email: pmcdonnell@mcda-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**N.V.E., INC. d/b/a NVE PHARMACEUTICALS**

**Defendant**

**RITE AID CORPORATION**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2006 | 1 | NO Certified Copy of Transfer Order and docket received, Case transferred in from District of COURT OF COMMONPLEAS OF PHILADELPHIA COUNTY TRIAL DIV, PA.; Case Number NO. 003129. Original file - NO certified copy of transfer order and docket sheet received., filed by JOHN GOLDEN. CASE TRANFERED PURSUANT TO THE ORDER OF THE HONORABLE KATHARINE S. HAYDEN DATED JULY 28, 2006(dr, ) Additional attachment(s) added on 10/17/2006 (dr, ). (Entered: 10/16/2006) |
| 08/22/2007 | 2 | Certified Copy of MDL Order transferring case to District of Southern |

| | | |
|---|---|---|
| | | District of New York (jd, ) (Entered: 08/29/2007) |
| 08/29/2007 | ⚫ | ***Civil Case Terminated. (jd, ) (Entered: 08/29/2007) |