UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCKET NO. 04 M.D. 1598 (JSR)

IN RE EPHEDRA PRODUCTS
LIABILITY LITIGATION

JOHN GOLDEN,

    Plaintiff,

v.

N.V.E., INC., et al.

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-13-07

**PERTAINS TO DOCKET NO. 1:07-cv-7618 (JSR); 1:06-cv-13024 (JSR)**

### STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to this Court's Case Management Order No. 2, Plaintiff John Golden, and Defendants N.V.E. Pharmaceuticals, Inc. ("NVE, Inc."), and Rite Aid Corporation, by and through counsel, being in agreement, hereby advise the Court that Plaintiff's Complaint against all Defendants should be dismissed, with prejudice, each party to bear its own costs.

Based upon the agreement of the parties as set forth above;

IT IS ORDERED that Plaintiff's Complaint against all Defendants, be, and the same is hereby, DISMISSED, with prejudice, each party to bear its own costs.

SO ORDERED this 11th day of December, 2007.

_____
JED S. RAKOFF
JUDGE, UNITED STATES DISTRICT COURT

SO STIPULATED:

_____
Anne Andrews, Esq.
Andrews & Thornton
2 Corporate Park, Suite 110
Irvine, California 92706
Tel:   (949) 748-1000
Fax:   (949) 315-3540

*Attorneys for Plaintiff*

_____
Steven Kirsch, Esq.
Murnane Brandt
30 East 7th Street, Suite 3200
St. Paul, Minnesota 55101
Tel:  (651) 227-9411
Fax: (651) 223-5199
E-mail:  skirsch@murnane.com

*Attorneys for Defendant NVE, Inc.*

  SEE ATTACHED
_____
Jonathan Allan Klein
Kelly, Herlihy & Klein, LLP
44 Montgomery, Suite 2500
San Francisco, CA  94104
Tel:  (415) 951-0535

*Attorneys for Defendant Rite Aid Corporation*

_____
Jonathan Allan Klein
Kelly, Herlihy & Klein, LLP
44 Montgomery, Suite 2500
San Francisco, CA 94104
Tel: (415) 951-0535

*Attorneys for Defendant Rite Aid Corporation*